Rachel Cartier
Legal Intern
Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket 6:10-mj-00177-MJS |
| Plaintiff, | MOTION TO DISMISS; AND ORDER THEREON |
| v. | |
| MARK A. ROHR, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: September 29, 2010                           NATIONAL PARK SERVICE


                                                    /s/ Rachel Cartier
                                                    Rachel Cartier
                                                    Legal Intern


**ORDER**

IT IS SO ORDERED.

Dated:   September 29, 2010         /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

1